**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LARRY BUSBY, WILLIAM JEFFREY JARMAN,**
**JAMES R. DAVIS, JR., CHARLTON TODD**
**ROWELL AND GULF COAST SHELTER, INC.**                    **PLAINTIFFS**

**VS.**                          **CIVIL ACTION NO. 4:07CV107 TSL-LRA**
                      **Consolidated with Civil Action No. 4:07CV108 TSL-LRA**

**NORTH PACIFIC GROUP, INC., an**
**OREGON CORPORATION f/k/a**
**NORTH PACIFIC LUMBER COMPANY**                          **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY, the Court being advised that Plaintiffs Larry Busy, William Jeffrey Jarman, James R. Davis, Jr., Charlton Todd Rowell and Gulf Coast Shelter, Inc. (hereinafter "Plaintiffs") and Defendant North Pacific Group, Inc., an Oregon Corporation f/k/a North Pacific Lumber Company (hereinafter "Defendant") have agreed to dismiss the claims in this action with prejudice.  The Court, being fully advised in the premises finds that the above captioned matter should be dismissed.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted by Plaintiffs and Defendant in this action shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

SO ORDERED, on this the 13th  day of ___March_____, 2008.


    __/s/Tom S.  Lee_____
    UNITED STATES DISTRICT JUDGE

2250356.1/17051.28887

AGREED AND APPROVED:


/s/ Michael A. Heilman
COUNSEL FOR PLAINTIFFS
Michael A. Heilman (MS Bar No. 2223)
Patricia J. Kennedy (MS Bar No. 100368)
Heilman Kennedy Graham, P.A.
P.O. Drawer 24417
Jackson, MS  39225-4417
Ph.:  (601) 914-1025
Fax:  (601) 960-4200


/s/ Peyton S. Irby, Jr.
COUNSEL FOR DEFENDANT
Peyton S. Irby, Jr. (MS Bar No. 3029)
Karen Gwinn Clay (MS Bar No. 102682)
Watkins Ludlam Winter & Stennis, P.A.
633 North State Street (39202)
Post Office Box 427
Jackson, Mississippi 39205-0427
Ph.:  (601) 949-4810
Fax:  (601) 949-4804

David L. Martindale (MS Bar No. 9984)
Hortman Harlow Martindale Bassi Robinson & McDaniel, PLLC
414 West Oak Street
Laurel, MS 39440
Ph.:  (601) 649-8611
Fax:  (601) 649-6062